UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS FELIZ,<br><br>                          Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                          Defendants. | 23-cv-493 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's August 7, 2023 Order, ECF No. 11, the parties were required to file a status letter, the contents of which are described in the Court's order, no later than August 21, 2023. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Monday, August 28, 2023.**

    SO ORDERED.

Dated: August 22, 2023
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge