UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS FELIZ,<br><br>                    Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 23-cv-493 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's September 20, 2023 Order, ECF No. 14, the parties were required to file a joint letter, the contents of which are described therein, and a proposed Civil Case Management Plan and Scheduling Order, no later than October 26, 2023. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 1, 2023 at 5 PM**.

      SO ORDERED.

Dated: October 30, 2023
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge