

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MICHAEL VIVIANO**
*Senior Counsel*
Tel.: (212) 356-2368
Fax: (212) 356-3509
mviviano@law.nyc.gov

October 30, 2023

**VIA ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pear St.
New York, NY 10007

      Re: <u>Luis Feliz v. The City of New York, et al.</u>
          23-CV-493 (AS)

Your Honor:

      I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of York, and the attorney for Defendant City of New York in the above-referenced matter. Defendant writes to respectfully request an adjournment of the initial conference scheduled for November 2, 2023, at 10:00 a.m., for the reasons set forth below. Plaintiff's counsel, Alex Padilla, Esq. consents to this request.

      The parties are scheduled to participate in a mediation in this matter tomorrow, October 31, 2023. The parties are both eager to explore settlement and have been directing their recent efforts towards resolving this case. The parties are hopeful this matter will resolve at or soon after the scheduled mediation session, making the initial conference scheduled for November 2, 2023, moot. Should the case not resolve, however, defendant requires additional time before November 2, 2023 to meaningfully prepare a plan for discovery to present to the Court at the initial conference.

      This adjournment request is also made because, in addition to the mediation scheduled for tomorrow, the undersigned is also engaged in trial preparation this week for a trial beginning November 13, 2023 before the Hon. Lorna G. Schofield in the matter of <u>Clyde Pemberton v. City of New York et al.</u>, 18-Civ-7908 (LGS). The trial is anticipated to go into the week of November 20th.

In light of the above, the undersigned requests an adjournment of the initial conference scheduled for November 2, 2023, to a date suitable to the Court after the week of November 20, 2023.

Thank you for consideration herein.

Respectfully Submitted,

*Michael Viviano*

Michael Viviano
*Attorney for Defendant City*

cc: **VIA ECF**
Alex Padilla, Esq.
*Attorney for Plaintiff*

Defendants' motion is GRANTED. The initial pretrial conference is rescheduled to **November 30, 2023 at 4:45 PM.** The joint letter and case management plan should be submitted no later than November 28, 2023.

The Clerk of Court is directed to terminate the motion at ECF No. 16.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 31, 2023